UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ESTATE OF DAN CARMICHAEL PIDCOCK  ORDER DISMISSING CASE
  CV-07-0707 DRH / ARL

  -against-

ON-SITE TRADING, INC.
-----------------------------------------------------------------X

An Order to Show Cause for a status report having been issued by the Court on July 13, 2007, directing the counsel for plaintiffs to respond by August 6, 2007, and no response having been filed with the Court,.

IS HEREBY ORDERED that the case is dismissed without prejudice to reopen..

SO ORDERED.

                                              /S/
                                    DENIS R. HURLEY
                                 United States District Judge

Dated: Central Islip, New York
       AUGUST 15, 2007